MAILING MATRIX FOR

CRESCENT CITY SCAFFOLD L.L.C.

Jack Fayard
61537 Highway 11
Slidell, LA 70458

Brand Infrastucture
c/o Mark Hanna, Esq.
701 Poydras Street, Suite 4250
New Orleans, LA 70139

Eddie Schmidt
116 Acadian Court
Mandeville, LA 70471

Cathy Vial
5401 Toby
Kenner, LA 70065

Internal Revenue Service
1555 Poydras Street
New Orleans, LA 70112

Louisiana Department of Revenue
1450 Poydras Street, Suite 800
New Orleans, LA 70802

Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, 70130

I declare under penalty of perjury that the foregoing mailing list of 1 page is true and correct.

Signed on October 10, 2016.

/s/ Jack Fayard
Managing Member