## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-12486 |
| | : | |
| CRESCENT CITY SCAFFOLD, LLC | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

### COMPROMISE ORDER FOR BEARY & OAKS, LLC

On January 24, 2019 David V. Adler, Chapter 7 trustee of the captioned estate ("Trustee"), filed a Motion to Compromise ("Motion") **(P-54 in 16-12486 and P-7 in 18-1124)**. The Motion sought the Court's authority to compromise a potential preference claim as set forth in the adversary proceeding styled as *David v. Adler, Trustee v. Orrill & Beary, LLC a/k/a Beary & Oaks, LLC*, Adv. Proc. No., 18-01124 ("Adversary Proceeding").

A hearing on the motion was scheduled for February 20, 2019 ("Hearing"). The deadline by which to object to the motion was set as February 13, 2019 ("Objection Deadline"). No objections were filed prior to the Objection Deadline.

Appearing at the Hearing was:

Fernand L. Laudumiey, IV, counsel for the Trustee.

Jeffrey L. Oakes, counsel for the Debtor

**NOW THEREFORE**, based upon the Court's review of the pleadings, the argument of counsel, and the entire record in this case, and finding that proper notice was given to all parties-in-interest, that no objections were filed prior to the Hearing, and after evaluating the probability of success in pursuing litigation and other courses of action, the complexity and expense of potential litigation, the best interests of the creditors, and the arms' length nature of the

negotiations engaged in by the parties, and the Court being convinced that the proposed compromise is fair and equitable and in the best interests of the estate and its creditors;

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that Beary & Oaks, LLC. shall pay $8,268 to the Trustee within twenty (20) days of the entry of this Order approving compromise and the Trustee shall dismiss the Adversary Proceeding with prejudice once the compromise order becomes final.

**IT IS FURTHER ORDERED** that the Trustee is authorized and empowered to take all necessary acts to carry out and implement the terms of the compromise.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction (i) to enforce and implement the terms and provisions of the Motion, the compromise, and any other documents executed in connection therewith, (ii) to compel delivery of the payments provided for in the Compromise, (iii) to resolve any disputes arising under or related to the Motion, and (iv) to interpret, implement and enforce the provisions of this Order.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, February 21, 2019.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge